**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| JOY DAY S., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO,[1] | : | No. 23-792 |
| Commissioner of Social Security, | : | |
| Defendant. | : | |
| | : | |

**ORDER**

**AND NOW,** this 6th day of May, 2026, upon consideration of the Defendant's Motion to

Dismiss (ECF No. 8), and any responses or replies thereto, it is hereby **ORDERED as follows:**

1. The Defendant's motion to dismiss (ECF No. 8) is **GRANTED.**

2. This matter is **DISMISSED as untimely filed.**

3. Judgment will be entered by a separate order filed contemporaneously with this order.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

_s/Pamela A. Carlos_____
PAMELA A. CARLOS
U.S. Magistrate Judge

---

[1] Frank J. Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank J. Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).